# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Progressive West Insurance Company, an Ohio Corporation

vs

Bun Bun Tran, Leonel Arrellano

SUMMONS IN A CIVIL ACTION
Case No. 07 CV 1999 JAH (POR)

ON COMPLAINT FOR DECLARATORY RELIEF

**FILED**
OCT 1 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

James R. Robie,
Robie & Matthai
500 South Grand Avenue, Suite 1500,
Los Angeles, CA 90071

An answer to the complaint which is herewith served upon you, within  twenty  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
P. DELA CRUZ

OCT 1 6 2007
DATE

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S