**ORIGINAL**

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF
OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

James R. Robie
Robie & Matthai
500 South Grand Avenue
Suit 1500
Los Angeles, CA 90071
213-706-8000
ATTORNEYS FOR: Plaintiff Progressive West Insurance Company

FILED

07 OCT 16 PM 1:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDL   DEPUTY

# UNITED STATES DISTRICT COURT
## Southern ~~CENTRAL~~ DISTRICT OF CALIFORNIA

Progressive West Insurance Company, an Ohio corporation

Plaintiff(s),

v.

Bun Bun Tran, Leonel Arrellano,

Defendant(s)

CASE NUMBER

'07 CV 1999 JAH (POR)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for <u>Plaintiff, Progressive West Insurance Company,</u> (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

There are no interested entities or parties to list in this Certificate per California Rules of Court, Rule 8.208(d)(3).

October 15, 2007
Date

Sign
James R. Robie
Attorney of record for or party appearing in pro per

CV-30 (12/03)                NOTICE OF INTERESTED PARTIES                CCDCV30