UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE WEST INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>BUN BUN TRAN, LEONEL ARRELLANO,<br><br>　　　　　　　　Defendants. | Civil No. 07cv1999 JAH(POR)<br><br>**ORDER VACATING HEARING DATE** |

After a review of the pleadings and relevant exhibits submitted by the parties, this Court finds defendant's motion to dismiss [doc.. #4] suitable for disposition without oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the date of January 14, 2008 set for hearing defendant's motion is VACATED. This Court will issue its ruling on the motion in due course.

Dated:　　　January 7, 2008

　　　　　　　　　　　　　　　　　　／s／ John A. Houston
　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　United States District Judge

07cv1999