1  Christopher E. Angelo [70007]
   Joseph Di Monda [184640]
2  ANGELO & DI MONDA, LLP
   1721 N. Sepulveda Blvd.
3  Manhattan Beach, California 90266-5014
   Telephone: 310-939-0099
4  Fax: 310-939-0023

5  Attorneys for Defendants, Bun Bun Tran and Le Thi Nguyen

6

7

8                    UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9
   PROGRESSIVE WEST INSURANCE           NO. 07- CV 1999 JAH (POR)
10 COMPANY, an Ohio corporation,
                                        **BUN TRAN'S EXHIBITS TO MOTION**
11     Plaintiffs,                      **TO SET ASIDE DEFAULT OF LEONEL**
                                        **ARRELLANO**
12 v.
                                        Time:   2:30 p.m.
13 BUN BUN TRAN, LEONEL ARRELLANO,      Date:   May 27, 2008
                                        Ctrm.:  11
14     Defendants.                              880 Front Street
                                                San Diego, CA 92101
15

16    **LIST OF EXHIBITS FOR MOTION TO SET ASIDE DEFAULT**

17 1.  Relevant pages of the October 3, 2007 Deposition Transcript of Leonel Arrellano.

18     pp. 001-005.

19 2.  Chili's Restaurant's Requests For Admission (Set Two) Propounded upon Leonel

20     Arrellano.

21     pp. 006-012.

22 3.  Leonel Arrellano's Responses to Chili's Restaurant's Requests for Admissions (Set

23     Two).

24     pp. 013-019.

25 April 10, 2008

26                                      ANGELO & DI MONDA, LLP

27                                      _____S/Signature_____
                                        Joseph Di Monda
28                                      Attorneys for Defendant Bun Tran

                          1

**EXHIBIT 1**

000001

1

2          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

3               IN AND FOR THE COUNTY OF SAN DIEGO

4               CENTRAL DIVISION - HALL OF JUSTICE

5

6     BUN BUN TRAN, an individual,

      by and through his Guardian

7     ad Litem, Le Thi Nguyen,                    COPY

8               Plaintiff,

9     -vs-                          CASE NUMBER 37200700065432

10    LEONEL ARELLANO, et al.,                    CU-PA-CTL

11              Defendants.

12    _____/

13

14                         VOLUME I

15               DEPOSITION OF LEONEL ARELLANO

16

17    DATE:          October 3, 2007

18    TIME:          9:45 a.m.

19    LOCATION:      Sierra Conservation Center

                     5100 O'Byrnes Ferry Road

20                   Jamestown, California

21

22    REPORTED BY:   Carol Lehman

                     Certified Shorthand Reporter

23                   License Number 3500

24

25

**Renee Brush**
**& Associates**
certified shorthand reporters

RENEE BRUSH & ASSOCIATES   209.544.1551
P.O. Box 3243, Modesto, CA 95353
(1230 13th Street, Suite C)

209.544.1551
fax 209.544.1643
www.reneebrush.com

002
Page 1

1    restaurants?

2           MR. McLAUGHLIN:  It has nothing to do with

3    this deposition.  I am not under oath, we are not

4    going to have that discussion.  And of course

5    questions that have to do with any statements that he

6    has made regarding the circumstances surrounding the

7    accident itself, of course would be relevant.

8           Q.    (BY MR. ANGELO):  Do you know as you sit

9    here today whether the law firm that's representing

10   you also represents on other cases the insurance

11   companies that insure Chili's restaurant?

12          MR. McLAUGHLIN:  Objection, don't answer the

13   question.

14          MR. ANGELO:  We got an answer, what was the

15   answer?

16          MR. McLAUGHLIN:  Counsel, I am instructing

17   my client not to answer that question for the same

18   reasons stated earlier, and if you persist in using

19   the deposition and wasting all of the our people's

20   time here with that line of inquiry, I'm going to

21   instruct him not to answer any further questions that

22   you ask him for any -- why don't we get back to the

23   circumstances surrounding the accident and issues that

24   are involved in this case.

25          MS. CRENSHAW:  I'll join.

Page 92

003

1               MR. ANGELO:  The answer that he gave to my

2     question was "si", am I right?

3               THE INTERPRETER:  Yes.

4               MR. ANGELO:  So his answer was "yes" to my

5     question?

6               THE INTERPRETER:  Yes.

7               MR. ANGELO:  Will you please indicate then

8     on the record that his answer was "yes" to my

9     question?

10              MR. McLAUGHLIN:  She is going to take down

11    necessarily what you're saying on the record or it's

12    all --

13              MR. ANGELO:  I just want the one and only

14    word answer was what to my question?

15              THE INTERPRETER:  Was "yes."

16              MR. McLAUGHLIN:  The record should reflect

17    that the answer was given spontaneously before I had

18    the chance to interject my objection and my

19    instruction not to answer.

20         Q.   (BY MR. ANGELO):  Are you married?

21         A.   No.

22         Q.   Have you ever been married?

23         A.   No.

24              MR. ANGELO:  No further questions.  Thank

25    you very much.

Page 93

004

1    STATE OF CALIFORNIA          )

2    ss.                          )

3    COUNTY OF TUOLUMNE           )

4

5

6    I, CAROL LEHMAN, a Certified Shorthand Reporter in and

7    for the State of California, hereby certify that the

8    witness in the foregoing deposition,

9

10                 LEONEL ARELLANO,

11

12   was by me duly sworn to tell the truth, the whole

13   truth and nothing but the truth in the within-entitled

14   cause, and that the foregoing is a full, true and

15   correct transcript of the proceedings had at the

16   taking of said deposition, reported to the best of my

17   ability and transcribed under my direction.

18

19

20

21   Date:   October 15, 2007 _____

22                   CSR Number 3500

23

24

25

                                              128

005

**EXHIBIT 2**

1  Kimberly S. Oberrecht [C.S.B. No. 190794]
   Emily D. Wallace [C.S.B. No. 234427]
2  Erin E. Schroeder [C.S.B. No. 247064]
   **HORTON, OBERRECHT, KIRKPATRICK & MARTHA**
3  225 Broadway, Suite 2200
   San Diego, California 92101
4  (619) 232-1183; Fax (619) 696-5719

5

   Attorneys for Defendant  BRINKER RESTAURANT CORPORATION, a Delaware Corporation
6  dba CHILI'S GRILL & BAR (erroneously sued herein as BRINKER INTERNATIONAL, INC.
   dba CHILI'S RESTAURANT INC., a Delaware corporation)
7

8                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                    **IN AND FOR THE COUNTY OF SAN DIEGO**

10 | BUN BUN TRAN, an individual, by and through | ) | **CASE NO.** |
   | his Guardian ad Litem, Le Thi Nguyen, | ) | **37-2007-00065432-CU-PA-CTL** |

11

12                Plaintiff,                    **REQUESTS FOR ADMISSIONS**
                                                **(SET TWO)**

13        vs.

14 LEONEL ARRELLANO, an individual; BRINKER
   INTERNATIONAL, INC. dba CHILI'S
15 RESTAURANT INC., a Delaware corporation;
   PATRICIA L. COLE, an individual; CITY OF
16 SAN DIEGO, a governmental entity; and DOES 1
   through 50, inclusive,

17        Defendants.

18        AND ALL RELATED MATTERS.

19

20 PROPOUNDING PARTY    :    Defendant, BRINKER RESTAURANT CORPORATION, a
                             Delaware Corporation dba CHILI'S GRILL & BAR
21

22 RESPONDING PARTY    :    Defendant, LEONEL ARRELLANO

23 SET NUMBER    :    TWO (2)

24        Defendant, BRINKER RESTAURANT CORPORATION, a Delaware Corporation dba

25 CHILI'S GRILL & BAR requests that Co- Defendant, LEONEL ARRELLANO, admit within thirty

26 days after service of this Request for Admissions that each of the following facts is true:

27 / / /

28 / / /

---

**REQUESTS FOR ADMISSIONS (SET TWO)**

1

**DEFINITIONS**

2      1.      CHILI'S GRILL & BAR refers to the Chili's restaurant located at 4252 Camino Del

3   Rio North, San Diego, California 92108.

4

**REQUESTS FOR ADMISSIONS**

5   **REQUEST FOR ADMISSIONS 8**:

6      Admit that you have never been involved in a joint venture with CHILI'S GRILL & BAR

7   to recruit illegal aliens to work in their restaurants.

8   **REQUEST FOR ADMISSIONS 9**

9      Admit that you have never been involved in a joint venture with CHILI'S GRILL & BAR

10  to develop illegal aliens to work in their restaurants.

11  **REQUEST FOR ADMISSIONS 10:**

12     Admit that on November 17, 2006, you were not driving a vehicle to develop illegal aliens

13  to work at Chili's Restaurants.

14  **REQUEST FOR ADMISSIONS 11:**

15     Admit that on November 18, 2006, you were not driving a vehicle to develop illegal aliens

16  to work at Chili's Restaurants.

17  **REQUEST FOR ADMISSIONS 12:**

18     Admit that on November 17, 2006, you were not driving a vehicle to recruit illegal aliens to

19  work at Chili's Restaurants.

20  **REQUEST FOR ADMISSIONS 13:**

21     Admit that on November 18, 2006, you were not driving a vehicle to recruit illegal aliens to

22  work at Chili's Restaurants.

23  **REQUEST FOR ADMISSIONS 14:**

24     Admit that on November 17, 2006, you were not driving a vehicle in connection with a joint

25  venture between you and CHILI'S GRILL & BAR to recruit illegal aliens to work in their

26  restaurants.

27  **REQUEST FOR ADMISSIONS 15:**

28     Admit that on November 18, 2006, you were not driving a vehicle in connection with a joint

1  venture between you and CHILI'S GRILL & BAR to recruit illegal aliens to work in their
2  restaurants.

3  **REQUEST FOR ADMISSIONS 16:**

4      Admit that you have never driven a vehicle in connection with a joint venture between you
5  and CHILI'S GRILL & BAR to recruit illegal aliens to work in their restaurants.

6  **REQUEST FOR ADMISSIONS 17:**

7      Admit that your supervisors at CHILI'S GRILL & BAR never permitted you to consume
8  alcohol at CHILI'S GRILL & BAR while working.

9  **REQUEST FOR ADMISSIONS 18:**

10      Admit that your supervisors at CHILI'S GRILL & BAR never permitted you to consume
11  alcohol in the parking lot of CHILI'S GRILL & BAR.

12  **REQUEST FOR ADMISSIONS 19:**

13      Admit that as a cook for CHILI'S GRILL & BAR your duties did not include the recruitment
14  of employees.

15  **REQUEST FOR ADMISSIONS 20:**

16      Admit that at the time of the accident which is the subject of this litigation, you were not
17  acting as an employee for CHILI'S GRILL & BAR.

18

19  Dated: March 21, 2008    **HORTON, OBERRECHT, KIRKPATRICK & MARTHA**

20

21

22  Kimberly S. Oberrecht,
    Emily D. Wallace,
23  Erin E. Schroeder,
    Attorneys for Defendant  BRINKER RESTAURANT
24  CORPORATION, a Delaware Corporation dba CHILI'S GRILL &
    BAR (erroneously sued herein as BRINKER INTERNATIONAL,
25  INC. dba CHILI'S RESTAURANT INC., a Delaware corporation)

26

27

28

---

**REQUESTS FOR ADMISSIONS (SET TWO)**

009

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

| | |
|---|---|
| Title of Case: ) | **CASE NO:** |
| ) | **37-2007-00065432-CU-PA-CTL** |
| BUN BUN TRAN, AN INDIVIDUAL, BY AND ) | |
| THROUGH HIS GUARDIAN AD LITEM, LE ) | |
| THI NGUYEN v.LEONEL ARRELLANO, ET ) | |
| AL. ) | |
| _____) | |
| **HORTON, OBERRECHT, KIRKPATRICK** ) | |
| **& MARTHA** ) | |
| 225 Broadway, Suite 2200 ) | |
| San Diego, CA  92101 ) | |
| (619) 232-1183; Fax 696-5719 ) | |
| ) | |
| Attorneys for Defendant/Cross-Complainant ) | |
| BRINKER RESTAURANT CORPORATION, a ) | |
| Delaware Corporation dba CHILI'S GRILL & ) | |
| BAR (erroneously sued herein as BRINKER ) | |
| INTERNATIONAL, INC. dba CHILI'S ) | |
| RESTAURANT INC., a Delaware corporation) ) | |

## DECLARATION OF SERVICE VIA FACSIMILE & U.S. MAIL

     I am employed in the County of San Diego, State of California.  I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service.  I am over the age of eighteen years and am not a party to the within entitled action; my business address is 225 Broadway, Suite 2200, San Diego, California 92101.

On **March 21, 2008**, served the following documents *VIA FACSIMILE & U.S. MAIL*:

**REQUESTS FOR ADMISSIONS (SET TWO); *PROPOUNDED TO LEONEL ARRELLANO***

by placing a copy thereof in a separate envelope for each addressee named hereafter for collection and mailing on the above-indicated day pursuant to the ordinary course of business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business addressed to each such addressee respectively as follows:

James O. McLaughlin, Esq.
WINET, PATRICK & WEAVER
401 West A Street, Suite 1400
San Diego, CA 92101
(619) 702-3902; (619) 702-5432 Fax
*Attorney for LEONEL ARRELLANO*

I declare under penalty of perjury under the laws of the State of California that the ~~foregoing is true~~ and correct.  Executed on **March 21, 2008.**

_____
Tara L. Frank

010

1  SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

2  Title of Case:                                    ) **CASE NO:**
                                                     ) 37-2007-00065432-CU-PA-CTL
3  BUN BUN TRAN, AN INDIVIDUAL, BY AND )
   THROUGH HIS GUARDIAN AD LITEM, LE )
4  THI NGUYEN v.LEONEL ARRELLANO, ET )
   AL.                                               )
5  _____)
   **HORTON, OBERRECHT, KIRKPATRICK**    )
6  **& MARTHA**                                      )
   225 Broadway, Suite 2200                          )
7  San Diego, CA 92101                               )
   (619) 232-1183; Fax 696-5719                      )
8                                                    )
   Attorneys for Defendant/Cross-Complainant         )
9  BRINKER RESTAURANT CORPORATION, a )
   Delaware Corporation dba CHILI'S GRILL & )
10 BAR (erroneously sued herein as BRINKER  )
   INTERNATIONAL, INC. dba CHILI'S                   )
11 RESTAURANT INC., a Delaware corporation) )

12  _____

13                        **DECLARATION OF SERVICE**

14         I am employed in the County of San Diego, State of California.  I am readily familiar with
    the business practices of this office for collection and processing of correspondence for mailing with
15  the United States Postal Service.  I am over the age of eighteen years and am not a party to the within
    entitled action; my business address is 225 Broadway, Suite 2200, San Diego, California 92101.

16  On **March 21, 2008,** served the following documents:

17  **REQUESTS FOR ADMISSIONS (SET TWO);** *PROPOUNDED TO LEONEL ARRELLANO*

18
    by placing a copy thereof in a separate envelope for each addressee named hereafter for collection
19  and mailing on the above-indicated day pursuant to the ordinary course of business practice of this
    office which is that correspondence for mailing is collected and deposited with the United States
20  Postal Service on the same day in the ordinary course of business addressed to each such addressee
    respectively as follows:
21
                     *SEE LIST OF COUNSEL ON FOLLOWING PAGE*
22

23  I declare under penalty of perjury under the laws of the State of California that the foregoing is true
    and correct.  Executed on **March 21, 2008.**
24

25                                              Tara L. Frank
26

27

28

                                              -1-

011

1

2   Christopher E. Angelo, Esq.
    Joseph Di Monda, Esq.
3   ANGELO & DI MONDA, LLP
    1721 N. Sepulveda Blvd.
4   Manhattan Beach, CA 90266-5014
    (310) 939-0099; (310) 939-0023 Fax
5   *Attorneys for Plaintiff BUN BUN TRAN*

6   Kevin D. Smith, Esq.
    WOOD, SMITH, HENNING & BERMAN,
7   LLP
    505 North Brand Boulevard, Suite 1100
8   Glendale, CA 91203
    (818) 551-6000; (818) 551-6050 Fax
9   *Co-Counsel for Defendant CITY OF SAN*
    *DIEGO*

Andrew Jones, Esq.
Deputy City Attorney
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, CA 92101
(619) 533-5800; (619) 533-5856 Fax
*Attorneys for CITY OF SAN DIEGO*

Eugene F. West
WEST & MIYAMOTO
5151 Verdugo Way, Suite 203
Camarillo, CA 93012
(805) 388-5887; (805) 384-1518
efwest@msn.com
*Attorneys for PATRICIA COLE*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**012**

**EXHIBIT 3**

1  JAMES O. MCLAUGHLIN, STATE BAR NO. 97725
   WINET, PATRICK & WEAVER
2  401 WEST A STREET, SUITE 1400
   SAN DIEGO, CALIFORNIA 92101
3  TELEPHONE: (619) 702-3902

4  Attorneys for Defendant, Leonel Arrellano

5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 COUNTY OF SAN DIEGO, CENTRAL DIVISION

10

11  BUN BUN TRAN, an individual, by and       CASE NO. 37-2007-00065432-CU-PA-CTL
    through his Guardian ad Litem, Le Thi Nguyen,  (Unlimited Civil)
12                                             ACTION DATE: 04/24/07
        Plaintiff,
13                                             I/C JUDGE: Hon. Ronald L. Styn
    vs.                                        Dept. C-82
14
    LEONEL ARRELLANO, an individual;
15  BRINKER INTERNATIONAL, INC., dba          RESPONSE TO REQUEST FOR
    CHILI'S RESTAURANT, INC., a Delaware       ADMISSIONS (SET TWO)
16  corporation; PATRICIA L. COLE, an
    individual, CITY OF SAN DIEGO, a
17  governmental entity; and DOES 1 through 50,
    inclusive,
18
        Defendants.
19

20

21  REQUESTING PARTY:      PLAINTIFF, DEFENDANT BRINKER RESTAURANT
                           CORPORATION, a Delaware Corporation dba CHILI'S
22                         GRILL & BAR

23  RESPONDING PARTY:      DEFENDANT, LEONEL ARRELLANO

24  SET NO. :              TWO

25     TO: DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

26     These responses are made solely for the purpose of and in relation to this action. Each

27  answer is given subject to all appropriate objections (including but not limited to objections

28  covering competency, relevancy, materiality, propriety and admissibility) which would require the

                                      1

1  exclusion of any statement contained herein if it was made by a witness present and testifying in

2  court. All such objections and grounds therefore are reserved and may be interpreted at the time of

3  trial.

4        The party on whose behalf the answers and responses are given has not yet completed its

5  investigation of the facts relating to this action, has not completed its discovery in this action, and

6  has not yet completed its preparation for trial. Consequently, the following answers are given

7  without prejudice to the answering party's right to produce at the time of trial subsequently

8  discovered evidence, relating to the proof of facts subsequently discovered to be material.

9                    **RESPONSES TO ADMISSIONS**

10  **RESPONSE TO REQUEST FOR ADMISSION NO. 8 :**

11        Admit.

12  **RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

13        Admit.

14  **RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

15        Admit.

16  **RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

17        Admit.

18  **RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

19        Admit.

20  **RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

21        Admit.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 14:**

23        Admit.

24  **RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

25        Admit.

26  **RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

27        Admit.

28

**015**

1  **RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

2      Admit.

3  **RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

4      Admit.

5  **RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

6      Admit.

7  **RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

8      Admit.

9

10  Dated: April 2, 2008                    WINET, PATRICK & WEAVER

11

12                                  By: _____

13                                      JAMES O. MCLAUGHLIN
                                        Attorneys for Defendant,
14                                      Leonel Arrellano

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Tran v. Arrellano*          (P21084)
San Diego Superior Court, Central Judicial District, Case No.37-2007-00065432 CU-PA-CTL

### VERIFICATION

1

2

3      I, Leonel Arrellano, have read the foregoing RESPONSES TO REQUESTS FOR

4      ADMISSIONS (SET TWO) and know its contents.

5          I am a party to this action. The matters stated in it are true of my own knowledge, except

6      as to those matters which are stated on information and belief, and as to those matters I believe

7      them to be true.

8          I declare under penalty of perjury under the laws of the State of California that the

9      foregoing is true and correct.

10         Executed at *Sierra Conservation Center*, California on 03/04, 2008.

11

12                                                          LEONEL ARRELLANO

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| *Name of Case:* | *Tran v. Arrellano (P21084)* |
|---|---|
| Superior Court Case No. | 37-2007-00065432-CU-PA-CTL / Department 82 |

### PROOF OF SERVICE

I, Jackie Forjais, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 401 West A Street, Suite 1400, San Diego, California 92101.

On April 3, 2008, I served the foregoing document(s) described as:

1)   **RESPONSE TO REQUEST FOR ADMISSIONS (SET TWO) and VERIFICATION**

On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

(XX)   BY MAIL. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

( )   BY FAX. In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure §1013(e).

( )   BY PERSONAL SERVICE. I hand-delivered said document(s) to the addressee pursuant to Code of Civil Procedure §1011.

( )   BY EXPRESS MAIL. I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c)

Executed April 3, 2008, at San Diego, California.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Jackie Forjais

---

1

018

Name of Case:
Superior Court Case No.    Tran v. Arrellano (P21084)
                          37-2007-00065432-CU-PA-CTL / Department 82

1

2     **SERVICE LIST:**

3
Chris Angelo                                    Andrew Jones
4     Angelo & Di Monda                              Deputy City Attorney
1721 N. Sepulveda Boulevard                    Office of the City Attorney
5     Manhattan Beach CA 90266-5014                  1200 Third Avenue, Suite 1100
Telephone (310) 939-0099                       San Diego CA 92101-4100
6     Facsimile (310) 939-0023                       Telephone (619) 533-5800
*Attorneys for Plaintiff*                      Facsimile (619) 533-5856
7                                                     *Attorneys for City of San Diego*

8
Kimberly S. Oberrecht
9     Horton, Oberrecht, Kirkpatrick & Martha
225 Broadway Ste 2200
10    San Diego, CA 92101
Telephone: (619) 232-1183
11    Facsimile (619) 696-5719
*Attorneys for Chili's Grill & Bar*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA

3

COUNTY OF LOS ANGELES

4

     I am a resident of the aforesaid county. I am over the age of eighteen years and not a party to the within action; my address is 1721 N. Sepulveda Blvd., Manhattan Beach, California 90266.

5

6

     On April 10, 2008, I served the foregoing document(s) described as **BUN TRAN'S EXHIBITS TO MOTION TO SET ASIDE DEFAULT OF LEONEL ARRELLANO**on the interested parties in this action, by placing the original/true copies thereof enclosed in a sealed envelope addressed as follows:

7

8

**SEE ATTACHED SERVICE LIST**

9

___    I caused such envelope/package containing the document(s) to be delivered by hand to the offices of the addressee(s).

10

<u>X</u>    The envelope was mailed with postage thereon fully prepaid. I am "readily" familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

11

12

13

___    I deposited the above document(s) for facsimile transmission in accordance with the office practice of Angelo & Di Monda for collecting and processing facsimiles. I am familiar with the office practice of Angelo & Di Monda for collecting, processing, and transmitting facsimiles. The facsimile of the above document(s) was transmitted to the interested parties on the attached service list:

14

15

16

Executed on **April 10, 2008**, at Manhattan Beach, California.

17

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

18

19

20

                               _____S/Signature_____

21

                                 Joseph Di Monda

22

23

24

25

26

27

28

020

Service List

James R. Robie
ROBIE & MATTHAI
500 South Grand Avenue
15th Floor
Los Angeles, CA 90071