# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Progressive West Insurance Compan

V.

Bun Bun Tran, Leonel Arrellano

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 07CV1999-JAH(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the instant complaint is dismissed without prejudice in its entirety for lack of subject matter jurisdiction.

| April 29, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/J. Petersen
(By) Deputy Clerk
ENTERED ON April 29, 2008

07CV1999-JAH(POR)