1 JAMES R. ROBIE, SBN 67303
KYLE KVETON, SBN 110805
2 RONALD P. FUNNELL, SBN 209897
ROBIE & MATTHAI
3 A Professional Corporation
500 South Grand Avenue, 15th Floor
4 Los Angeles, California 90071
(213) 706-8000 • (213) 624-2563 Fax
5 kkveton@romalaw.com

6 Attorneys for Plaintiff PROGRESSIVE WEST
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROGRESSIVE WEST INSURANCE COMPANY, an Ohio corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>BUN BUN TRAN, LEONEL ARRELLANO,<br><br>             Defendants. | CASE NO. 07 - CV 1999 JAH (POR)<br><br>**NOTICE OF ERRATA RE: NOTICE OF MOTION FOR RECONSIDERATION**<br><br>Date:   July 14, 2008<br>Time:  2:30 p.m.<br>Ctrm:  11<br>          940 Front Street<br>          San Diego, CA 9210 |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     PLEASE TAKE NOTICE that plaintiff Progressive West Insurance Company's Notice of Motion for Reconsideration and Amended Notice of Motion for Reconsideration (Docs. 17 and 18) inadvertently omitted notice that Progressive is moving the Court for reconsideration pursuant to Southern District Local Rule 7.1(i) and FRCP Rules 59 and 60.  See, e.g., *Stephen v. Cota*, 2007 U.S. Dist. LEXIS 37222, *3-*4 and note 1 (S.D. Cal. 2007) (Houston, J).

/ / /

/ / /

1  Progressive West Insurance Company apologizes for any confusion this
2  inadvertence may have caused the Court and defendants.
3
4  DATED:     June 4, 2008              ROBIE & MATTHAI
                                        A Professional Corporation
5
6
                                   By:     s/**Ronald P. Funnell**
7                                       JAMES R. ROBIE
                                        KYLE KVETON
8                                       RONALD P. FUNNELL
                                        Attorneys for Plaintiff PROGRESSIVE WEST
9                                       INSURANCE COMPANY
                                        E-Mail:    RFunnell@romalaw.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 500 South Grand Avenue, 15th Floor, Los Angeles, CA 90071-2609.

On June 4, 2008, I served the foregoing document(s) described as:

**NOTICE OF ERRATA RE: NOTICE OF MOTION FOR RECONSIDERATION**

on all interested parties in this action by placing a true copy of each document, enclosed in a sealed envelope addressed as follows:

***Defendant Leonel Arrellano, In Pro Per:***
Leonel Arrellano, Inmate #F77654
c/o Division of Adult Operations
Sierra Conservation Center
5100 O'Byrnes Ferry Road
Jamestown, CA 95327

***Courtesy Copy via Mail***
Hon. John A. Houston
Southern District of California
940 Front Street, Courtroom 11
San Diego, CA 92101-8900

**(X)  BY MAIL:** as follows: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( )  **BY FACSIMILE TRANSMISSION:** I caused the above-referenced document(s) to be transmitted to the above-named person(s) at the above facsimile number.

***Attorneys for Defendant, Bun Bun Tran:***
Christoper E. Angelo, Esq.
Joseph Di Monda, Esq.
ANGELO & DI MONDA LLP
1721 No. Sepulveda Boulevard
Manhattan Beach, CA 90266-5014
Telephone: (310) 939-0099
Facsimile: (310) 939-0023

**(X)  BY E-SERVICE:** I caused the above-referenced document(s) to be electronically served on the above counsel of record through the Court's CM/ECF filing and service system.

**(X) (Federal)**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 4, 2008, at Los Angeles, California.

s/Windy Gale Tyler
E-mail: wtyler@romalaw.com

**NOTICE OF ERRATA**                                          07 - CV 1999 JAH (POR)