UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE WEST INSURANCE COMPANY, an Ohio corporation,<br><br>          Plaintiff,<br>v.<br><br>BUN BUN TRAN, LEONEL ARRELLANO,<br><br>          Defendants. | Civil No. 07cv1999 JAH(POR)<br><br>**ORDER VACATING HEARING DATE** |

After a review of the pleadings and relevant exhibits submitted by the parties, this Court finds defendants' motion for sanctions [doc. # 16] suitable for disposition without oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that the date of June 16, 2008 set for hearing defendants' motion for sanctions is VACATED. This Court will issue its ruling on the motion in due course.

Dated:    June 11, 2008

_____
JOHN A. HOUSTON
United States District Judge