1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10   PROGRESSIVE WEST INSURANCE          )    Civil No. 07cv1999 JAH(POR)
     COMPANY, an Ohio corporation,       )
11                                       )    **ORDER VACATING HEARING**
                             Plaintiff,  )    **DATE**
12   v.                                  )
                                         )
13   BUN BUN TRAN, LEONEL                )
     ARRELLANO,                          )
14                                       )
                            Defendants.  )
15   _____ )

16          After a review of the pleadings and relevant exhibits submitted by the parties, this

17   Court finds plaintiffs' motion for reconsideration [doc. # 18] suitable for disposition

18   without oral argument. *See* CivLR 7.1(d.1). Accordingly, IT IS HEREBY ORDERED that

19   the date of July 14, 2008 set for hearing plaintiffs' motion for reconsideration is

20   VACATED.  This Court will issue its ruling on the motion in due course.

21

22   Dated:      July 8, 2008

23                                            _____

24                                            JOHN A. HOUSTON
                                             United States District Judge
25

26

27

28